# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al., | No.: 2:23-cv-01157-JDC-KK (LEAD) |
| *Plaintiffs,* | No.: 2:23-cv-01167-JDC-KK (MEMBER) |
| v. | Judge: James D. Cain, Jr. |
| DEB HAALAND, et al., | Mag. Judge: Kathleen Kay |
| *Defendants,* | |
| and | |
| SIERRA CLUB, et al., | |
| *Intervenor-Defendants.* | |
| SHELL OFFSHORE INC., | |
| *Plaintiff,* | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| *Defendants,* | |
| and | |
| SIERRA CLUB, et al., | |
| *Intervenor-Defendants.* | |

**NOTICE OF APPEAL BY INTERVENOR-DEFENDANTS**

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), Intervenor-Defendants Sierra Club, Center for Biological Diversity, Friends of the Earth, and Turtle Island Restoration Network give notice that they appeal to the United States Court of Appeals for the Fifth Circuit the Court's September 21, 2023 Memorandum Order in these consolidated cases [entered as ECF No. 82 in the lead case 2:23-cv-01157 and ECF No. 45 in the member case no. 2:23-cv-01167] granting Plaintiffs' Motions for Preliminary Injunction. The Order is attached as Exhibit A.

Respectfully submitted this 22nd day of September, 2023.

      *s/ Stephen D. Mashuda*
Stephen D. Mashuda (*pro hac vice* Bar No. 917783)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340  Telephone
415-217-2040  Fax
smashuda@earthjustice.org

      *s/ Elizabeth Livington de Calderon*
Elizabeth Livingston de Calderon (La. Bar No. 31443)
Earthjustice
900 Camp Street, Suite 303
New Orleans, LA 70130
504-910-1712  Telephone
415-217-2040  Fax
ecalderon@earthjustice.org

George Torgun (*pro hac vice* Bar No. 917782)
Brettny Hardy (*pro hac vice* Bar No. 917781)
Earthjustice
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000  Telephone
415-217-2040  Fax
gtorgun@earthjustice.org
bhardy@earthjustice.org

*Counsel for Intervenor-Defendants Sierra Club, Center for Biological Diversity, Friends of the Earth, and Turtle Island Restoration Network*