# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WESTERN LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> SIERRA CLUB, *et al.*, <br><br> Intervenor-Defendants. <br><br>——————————————— <br><br> SHELL OFFSHORE INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Hon. Judge James D. Cain, Jr. <br><br> Hon. Magistrate Judge Kathleen Kay <br><br> Consolidated cases: <br> Case No. 2:23-cv-1157 (Lead) <br> Case No. 2:23-cv-1167 (Member) <br><br> **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |

# FEDERAL DEFENDANTS NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B) and 28 U.S.C. § 1292(a)(1), all Federal Defendants give notice that they appeal to the United States Court of Appeals for the Fifth Circuit the Memorandum Order, Doc. No. 82, granting Plaintiffs Louisiana, Chevron, and American Petroleum Institute's Motion for a Preliminary Injunction in the lead case, Case No. 2:23-cv-1157, as well as the Memorandum Order, Doc. No. 45, granting Plaintiff Shell Offshore's Motion for a Preliminary Injunction in the consolidated case, Case No. 2:23-cv-1167, issued by the Honorable Judge James D. Cain Jr. on September 21, 2023.

Respectfully submitted this 22nd day of September 2023.

> TODD KIM
> Assistant Attorney General
> Environment and Natural Resources Division\
>
> /s/ *Luther L. Hajek*
> LUTHER L. HAJEK
> Trial Attorney
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 999 18th Street
> South Terrace – Suite 370
> Denver, CO 80202
> Telephone: (303) 844-1376; Fax: (303) 844-1350
> Email: luke.hajek@usdoj.gov
>
> /s/ *Alexis G. Romero*
> ALEXIS G. ROMERO (D.C. Bar No. 90006907)
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 353-5885; Fax: (202) 305-0275
> E-mail: alexis.romero@usdoj.gov
>
> *Counsel for Federal Defendants*

1