# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WESTERN LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | Hon. Judge James D. Cain, Jr. |
| Plaintiffs, | Hon. Magistrate Judge Kathleen Kay |
| v. | Consolidated cases: |
| | Case No. 2:23-cv-1157 (Lead) |
| DEB HAALAND, *et al.*, | Case No. 2:23-cv-1167 (Member) |
| Defendants, | |
| and | **FEDERAL DEFENDANTS'** |
| | **NOTICE OF APPEAL** |
| SIERRA CLUB, *et al.*, | |
| Intervenor-Defendants. | |
| | |
| SHELL OFFSHORE INC., | |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

# FEDERAL DEFENDANTS NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B) and 28 U.S.C. § 1292(a)(1), all Federal Defendants give notice that they appeal to the United States Court of Appeals for the Fifth Circuit the Memorandum Order, Doc. No. 82, granting Plaintiffs Louisiana, Chevron, and American Petroleum Institute's Motion for a Preliminary Injunction in the lead case, Case No. 2:23-cv-1157, as well as the Memorandum Order, Doc. No. 45, granting Plaintiff Shell Offshore's Motion for a Preliminary Injunction in the consolidated case, Case No. 2:23-cv-1167, issued by the Honorable Judge James D. Cain Jr. on September 21, 2023.

Respectfully submitted this 22nd day of September 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division\

/s/ *Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
Telephone: (303) 844-1376; Fax: (303) 844-1350
Email: luke.hajek@usdoj.gov

/s/ *Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar No. 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Counsel for Federal Defendants*