

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Appellate Section*  *Telephone (202) 514-4081*
*P.O. Box 7415*  *Facsimile (202) 353-1873*
*Ben Franklin Station*
*Washington, DC 20044*

**VIA CM/ECF**  September 23, 2023

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   23-30666, *State of Louisiana et al. v. Haaland et al.*

Dear Mr. Cayce:

Late last night, the Bureau of Ocean Energy Management (BOEM) took steps in response to the district court's order pending a ruling from this Court on the government's emergency motion.  Specifically:

- BOEM stated that, absent relief, it would open the sealed bids on Wednesday, September 27, as originally scheduled.
- BOEM moved the bid deadline by five hours; bids are now due on September 26 at 3:00 p.m. CT.  Additionally, bidders may hand deliver bids in addition to delivering them by mail.
- BOEM has issued modified stipulations.
- BOEM has disclaimed "any representation or warranty that it can offer for sale any block at issue in the District Court's order in a manner that reflects the block's actual dimensions, the applicable stipulations, or the current availability of the reinstated blocks (e.g., whether the block is already leased)."

The 3:00 p.m. deadline and hand-delivery option are part of BOEM's effort to lessen, however slightly, the unfairness to bidders resulting from the district court's deadline, should BOEM have to proceed with the sale on the schedule ordered by the district court.  Because these adjustments are minor modifications of BOEM's intentions as stated in our motion filed yesterday, *see* Motion at 2 (noting that bids needed to be mailed and received by 10:00 a.m.), the United States writes to update the Court.



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Appellate Section*  
*P.O. Box 7415*  
*Ben Franklin Station*  
*Washington, DC  20044*

*Telephone (202) 514-4081*  
*Facsimile (202) 353-1873*

      The district court's deadline injected chaos into the sale process that is not alleviated by these measures, as BOEM's disclaimer indicates.  Further, all of the United States' arguments in the motion about the unfairness to bidders—as well as the absence of any harm to Plaintiffs from a November 8 deadline—are unaffected by BOEM's measures.  For the reasons stated in the motion, the better course is to partially stay the district court's order to allow time for an orderly and fair lease sale.

      Respectfully submitted,

      <u>/s Michelle Melton</u>  
      Michelle Melton  
      Attorney for the United States

enclosures

HOME  |  NEWSROOM

# BOEM Complying with Court Order Regarding Oil and Gas Lease Sale 261

09/22/2023   New Orleans, LA

Contact(s)
John Filostrat
(504) 284-8605

The Bureau of Ocean Energy Management (BOEM) is taking steps to comply with an order issued on September 21, 2023, by the U.S. District Court for the Western District of Louisiana regarding Gulf of Mexico Outer Continental Shelf Oil and Gas Lease Sale 261.

Although the United States is seeking an emergency stay of this order to allow time for a more orderly lease sale process, in the event such relief is not granted, Lease Sale 261 will be conducted on September 27, 2023, and in accordance with the court's order, BOEM will include lease blocks that were previously excluded due to concerns regarding potential impacts to the Rice's whale distribution in the Gulf of Mexico. BOEM will also remove portions of a related stipulation meant to address potential impacts to Rice's whale from the lease terms for the leases that may be issued as a result of Lease Sale 261. For more information, see the Notice to Bidders at www.boem.gov/sale-261.

BOEM is extending the bid submission period to 3 p.m. CST on September 26, 2023. For Lease Sale 261 only, bidders may hand deliver bids from 9:00 am – 3:00 pm CST on September 25 and 26, or send via mail. For additional bidding instructions modified as a result of the court's order, please see our website (www.boem.gov/sale-261). BOEM plans to broadcast the opening of bids for Lease Sale 261 via its website (www.boem.gov) on Sept. 27, 2023, at 9 a.m. CST.

-- BOEM --

*The Department of the Interior's Bureau of Ocean Energy Management (BOEM) is responsible for America's offshore energy and mineral resources. The bureau promotes*

9/23/23, 10:17 AM	BOEM Complying with Court Order Regarding Oil and Gas Lease Sale 261 | Bureau of Ocean Energy Management

Case: 23-30666      Document: 31    Page: 4     Date Filed: 09/23/2023

*energy independence, environmental protection and economic development through responsible, science-based management of energy and mineral resources on the U.S. Outer Continental Shelf.*

4




# Notice to Bidders
# Gulf of Mexico
# Oil and Gas
# Lease Sale 261
# Modified Instructions for Bidding
(as of September 22, 2023)

Pursuant to the Memorandum Order issued by the U.S. District Court for the Western District of Louisiana on September 21, 2023 (Case No. 2:23-CV-01157), the Bureau of Ocean Energy Management (BOEM) has been ordered to include in Lease Sale 261 the previously withdrawn Rice's whale expanded area between the 100 meter (m) and 400 m isobaths and to remove Paragraph (B)(4) of Stipulation No. 4 ("Protected Species") from the lease terms for the leases that may be issued as a result of Lease Sale 261.  Although the United States is seeking an emergency stay of this order to allow time for a more orderly lease sale process, in the event such relief is not granted, this document provides bidders with modified bidding instructions and other necessary clarifications regarding Lease Sale 261.  Unless expressly modified by these instructions, the instructions and requirements in the Final Notice of Sale (Final NOS), published on August 25, 2023, remain in effect.

Bidders should be aware that, as BOEM previously informed the court in the above-captioned case, BOEM is unable to complete the administrative steps necessary to update its systems and prepare a new list of available lease blocks and maps—i.e., a list of blocks and maps that reflects the Court's order—in the available time before the sale date.  By this notice, BOEM disclaims any representation or warranty that it can offer for sale any block at issue in the District Court's order in a manner that reflects the block's actual dimensions, the applicable stipulations, or the current availability of the reinstated blocks (e.g., whether the block is already leased) at the lease sale scheduled for September 27, 2023.

BOEM has sought an emergency stay of the District Court's order from the Court of Appeals for the Fifth Circuit and has requested relief from that Court by September 26, 2023.  If BOEM obtains such relief, it will reissue a public notice regarding Lease Sale 261 in the Federal Register.  If BOEM does not receive such relief, it will open sealed bids on September 27, 2023.  BOEM will evaluate and process bids opened on that date consistent with the Outer Continental Shelf Lands Act (OCSLA) and that Act's grants of discretion to the Secretary of the Interior, recognizing that the Secretary has never before held an offshore lease sale when the stipulations and scope of the sale have been changed after the Final NOS and the transmission of sealed bids.  As BOEM explained in its Final NOS, "BOEM reserves the right to reject any and all bids received, regardless of the amount offered."  30 CFR § 556.516(b).  BOEM also advises bidders that, as the District Court observed, "[BOEM] can see these preliminary measures [i.e., the District Court's order to remove the challenged stipulation and to lease expanded Rice's whale area] undone if [BOEM] does prevail

on the merits by voiding the sales or proceeding with additional regulation through Interior's authority over further steps of offshore leasing, exploration, and production." *Louisiana* Mem. Op., p. 28 (Sept. 21, 2023).

Bidders should be aware that this sale remains the subject of active litigation, and further changes may be made prior to the sale date, as required by judicial order or as a result of ongoing implementation of the District Court's preliminary injunction. Bidders should monitor BOEM's website for any additional updates regarding this lease sale, including potential delay of the sale to a later date. BOEM will update its website as soon as possible as updated information becomes available.

1. **Sale Date.** BOEM is not deviating from the sale date it publicly noticed on August 25, 2023. BOEM will hold Lease Sale 261 at 9:00 am on Wednesday, September 27, 2023, Central time, at which time BOEM will open and publicly announce bids received for blocks offered in the Lease Sale 261, in accordance with OCSLA, as amended, and its implementing regulations.

2. **Bid submission deadline**. To allow additional time for bidders to submit, withdraw or modify bids in light of the change in sale area, the bid submission deadline has changed. BOEM must receive all sealed bids prior to the Bid Submission Deadline of 3:00 p.m. Central time on Tuesday, September 26, 2023, the day before the lease sale.

3. **Bid Withdrawal**. The bid withdrawal procedures have not changed and are listed in the Final NOS.

4. **Bidding Instructions**. To make it easier for bidders to submit bids, for Lease Sale 261 only, bids will be accepted by mail through any parcel delivery service or courier service (e.g., FedEx, UPS, U.S. Postal Service, DHL), prior to the bid submission deadline, at BOEM's New Orleans Office: 1201 Elmwood Park Boulevard MS-266A, Attention: Leasing and Financial Responsibility Section, New Orleans, Louisiana, 70123. In addition, bids will be accepted through hand delivery at the same address between 9 a.m.-3 p.m. CT on Monday, September 25th and Tuesday, September 26th. The bid form, envelope format and GDIS requirements remain unchanged. If the bid is for a block within the 100 m – 400 m isobath, please designate on the outside of the envelope as follows, "Sealed Bid for GOM Lease Sale 261 100 m – 400 m, not to be opened until 9 a.m. Wednesday, September 27, 2023." Please refer to the Lease Sale 261 Final NOS for complete instructions. Please contact BOEM at BOEMGOMRLeaseSales@boem.gov or 504-736-1729 with any questions.

5. **Stipulation No. 4–Protected Species**. Bidders are advised that on September 21, 2023, the U.S. District Court for the Western District of Louisiana issued an order requiring BOEM to modify Stipulation No. 4. To comply with this order, Stipulation No. 4 no longer contains the enhanced protection measures for the Rice's whale under paragraph (B)(4). BOEM has published a revised Lease Stipulations document on its website, available at https://www.boem.gov/oil-gas-energy/leasing/lease-sale-261. Bidders should be aware that the map entitled, "Final Notice of Sale, Gulf of Mexico OCS Oil and Gas Lease Sale 261, September 2023, Stipulations and Deferred Blocks" included in the Final Notice of Sale (NOS) package has ***not*** been updated since the court issued its order, and, due to time constraints, BOEM is unable to create an updated map prior to holding Lease Sale 261. Thus, bidders are advised to also consult the map entitled, "Final Gulf of Mexico, Oil and Gas Lease Sale 259, March 2023, Stipulations and

Deferred Blocks," to determine which lease stipulations would apply to those reinstated blocks.

6. **Sale Area**. The sale area has changed.  The following blocks (see table below) within the expanded Rice's whale area that were previously withdrawn in the Final NOS are now included in Lease Sale 261: whole and partial blocks between the 100 m and 400 m isobaths across the northern Gulf of Mexico (GOM) on the Outer Continental Shelf, eastward from the Mexican border with Texas and westward from the eastern edge of the Central Planning Area, unless they would also otherwise be subject to a separate exclusion listed in the Final NOS (e.g., whole and partial blocks that were previously subject to the topographic features stipulation or live bottoms stipulation; whole and partial blocks within the boundary of the Flower Garden Banks National Marine Sanctuary (East and West Flower Garden Banks and the Stetson Bank) as of the July 14, 2008, Memorandum on Modification of the Withdrawal of Areas of United States Outer Continental Shelf from Leasing Disposition).  Any bids submitted on blocks between the 100 m and 400 m isobaths that are subject to a different exclusion in the Final NOS will be rejected.  Also, blocks within this area that are already leased are not available for bidding, and any bids on those blocks will be rejected.  As the blocks in this area were not originally included in the map entitled, "Final Gulf of Mexico, Oil and Gas Lease Sale 261, September 2023, Stipulations and Deferred Blocks," and, as noted above, BOEM is unable to create an updated map prior to holding Lease Sale 261, bidders are advised to also consult the map entitled, "Final Gulf of Mexico, Oil and Gas Lease Sale 259, March 2023, Stipulations and Deferred Blocks," to determine which lease stipulations would apply to those blocks.

| GOM Protraction Areas | Blocks |
|---|---|
| Main Pass Area (Leasing Map LA10A) | 249-260, 280-291, 306-308, 315, 316 |
| West Cameron Area South Addition (Leasing Map LA1B) | 620, 621, 624-663 |
| East Cameron Area South Addition (Leasing Map LA2A) | 344, 345, 353-381 |
| Vermilion Area South Addition (Leasing Map LA3B) | 367, 368, 373. 378-413 |
| South Marsh Island Area, South Addition (Leasing Map LA3C) | 177-206 |
| Eugene Island Area, South Addition (Leasing Map LA4A) | 346-349, 361-397 |
| Ship Shoal Area, South Addition (Leasing Map LA5A) | 320-368 |
| South Timbalier Area, South Addition (Leasing Map LA6A) | 258, 259, 280-294, 300-320 |

*Bureau of Ocean Energy Management*　　　　　　　　　　　　　　　　*Sale 261 Final Notice of Sale*

| | |
|---|---|
| Grand Isle Area (Leasing Map LA7) | 80-83 |
| Grand Isle Area, South Addition (Leasing Map LA7A) | 86-88, 90-92, 97,103-106, 110-121 |
| West Delta Area, South Addition (Leasing Map LA8A) | 126-130, 137-154 |
| South Pass Area (Leasing Map LA9) | 33, 47-55, 61 |
| South Pass Area, south and East Addition (Leasing Map LA9A) | 62-65, 67-76, 79-96 |
| Corpus Christi (Leasing Map NG14-03) | 350, 351, 392-395, 435-439, 478-483, 521-527, 565-571, 608-615, 651-657, 694-700, 738-743, 781-786, 825-830, 868-873, 912-917, 956-960, 1000-1004 |
| Port Isabel (Leasing Map NG14-06) | 30-34, 74-77, 118-121, 162-165, 207-210, 251-254, 295-298, 340-342, 384-387, 429-431, 473-475, 517-519, 562-563, 606-608, 650-652, 694-696, 738-740, 782, 783, 826-828, 869-872, 914-916, 958-960 |
| East Break (Leasing Map NG15-01) | 61-65, 73-75, 102-129, 144-173, 185-202, 204-217, 223-234, 239-245, 247-252, 254-261, 265-274, 284, 285. 287-296, 298-305, 309-313, 315, 316, 332, 333, 335, 336, 338-340, 342, 343, 347, 348, 353-356, 397, 398, 441, 442, 485, 486 |
| Garden Banks (Leasing Map NG15-02) | 21-31, 33-35, 60-85, 95-98, 102-129, 133-136, 138-173, 177-217, 221-244, 247-252, 261, 265-287, 295-300, 309-328, 330, 339 340, 342, 343, 358-372, 404-413, 453, 454 |
| Green Canyon (Leasing Map NG15-03) | 3-27, 45-69, 89-105, 110, 133-149, 177-183 |
| Ewing Bank (Leasing Map NH15-12) | 304-306, 347-350, 393, 394, 447, 448, 481, 482, 525, 526, 570, 614, 658, 701, 702, 743-746, 781-791, 824-834, 867-877, 903-921, 932, 933, 937, 940, 944, 961, 975-1000 |
| Viosca Knoll (Leasing Map NH16-07) | 654, 692-698, 734-742, 772-785, 813-825, 856-864, 898-907, 940-947, 983-990 |
| Mississippi Canyon (Leasing Map NH16-10) | 20-27, 63-70, 103, 104, 107-110, 147-153, 190-196, 234-238, 265-269, 277-281, 309-313, 316-325, 353-369, 363A, 397, 398, 400-412, 441, 442, 449-455, 485-487, 529-532, 573-576, 617-619, 661-663, 705-707, 749, 750, 793, 794 |
| South Padre Island Area, East Addition (Leasing Map TX1A) | A1-A3, A11-A15, A27-29A, A41, A42, A55, A56, A78, A79, A89, A90 |

*Bureau of Ocean Energy Management* *Sale 261 Final Notice of Sale*

| | |
|---|---|
| North Padre Island Area, East Addition (Leasing Map TX2A) | A1-A4, A15-A22, A33-A38, A48-A55, A64-A68, A77-A81, A89-A93, A102-A104 |
| Mustang Island Area (Leasing Map TX3) | A27, A38 |
| Mustang Island Area, East Addition (Leasing Map TX3A) | A39-A42, A73-A80, A98-A111, A121-A133, A139-A149, A153-A162, A164-A175 |
| Brazos Area, South Addition (Leasing Map TX5B) | A117-A121 |
| Galveston Area, South Addition (Leasing Map TX6A) | A219-A228, A234-A253, A561-A566 |
| High Island Area, South Addition (Leasing Map TX7B) | A561-A566, A573-A596 |
| High Island Area, East Addition, South Extension (Leasing Map TX7C) | A365-A403 |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2023, I electronically filed the foregoing letter with the Clerk of Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

          /s/ Michelle Melton
          Michelle Melton
          Counsel for Defendants-Appellants

## CERTIFICATE OF COMPLIANCE

I hereby certify that this letter complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j) because it contains 304 words, according to the count of Microsoft Word.