# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

<table>
<tr><td>LYLE W. CAYCE<br>CLERK</td><td align="right">TEL. 504-310-7700<br>600 S. MAESTRI PLACE,<br>Suite 115<br>NEW ORLEANS, LA 70130</td></tr>
</table>

October 26, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 23-30666    State of Louisiana v. Haaland
                        USDC No. 2:23-CV-1157
                        USDC No. 2:23-CV-1167

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Christina A. Gardner, Deputy Clerk
                        504-310-7684

Ms. Kelly Brechtel Becker
Mr. Andrew Marshall Bernie
Ms. Sarah C. Bordelon
Mr. Paul D. Clement
Mr. Christopher D. Eaton
Mr. Bradley Keith Ervin
Mr. Luther Langon Hajek
Ms. Brettny E. Hardy
Mr. James Aristide Holmes
Mr. Nikesh Jindal
Ms. Claire Elizabeth Juneau
Mr. Andrew Lawrence
Ms. Elizabeth Grace Livingston de Calderon
Mr. Sean Michael Marotta
Mr. Stephen D. Mashuda
Mr. Michael James Mazzone
Ms. Michelle Melton
Mr. Tony R. Moore
Mr. Mark Mosier
Ms. Elizabeth Baker Murrill
Ms. Dana A. Raphael
Mr. Jordan B. Redmon
Ms. Alexis Romero
Mr. Steven Joseph Rosenbaum
Mr. Joseph Scott St. John
Ms. Catherine Emily Stetson
Mr. George Torgun
Mr. James Xi