

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Appellate Section*  *Telephone (202) 514-4081*
*P.O. Box 7415*  *Facsimile (202) 353-1873*
*Ben Franklin Station*
*Washington, DC 20044*

**VIA CM/ECF**  November 2, 2023

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:  23-30666, *State of Louisiana et al. v. Haaland et al.*; oral argument scheduled for November 13, 2023.

Dear Mr. Cayce:

The United States writes to inform the Court that the Bureau of Ocean Energy Management (BOEM) has postponed Lease Sale 261, and to provide further context for this decision.

On August 25, 2023, BOEM issued a final notice of sale for Lease Sale 261, a sale of federal oil and gas leases on the Outer Continental Shelf in the Gulf of Mexico.  Before the district court, Plaintiffs moved for a preliminary injunction compelling BOEM to change certain terms of that sale.  On September 21, the district court issued a preliminary injunction ordering BOEM to hold Lease Sale 261 on terms modified by the court by September 30.

Federal Defendants appealed and sought an emergency partial stay on the ground that holding the sale by September 30 on the district court's terms would result in an unfair sale and would also violate BOEM's legal requirement to provide bidders with 30-days' notice.  Intervenor-Defendants separately appealed and sought an emergency stay of the entirety of the injunction.

On September 25, a motions panel of this Court denied Intervenors-Defendants' motion, but granted BOEM's request for a partial stay.  Docket 58-1.  The Court ordered BOEM to hold Lease Sale 261 on the district court's terms by November 8 and stated that "[n]o extension will be granted." *Id.* at 3.



**U.S. Department of Justice**
Environment and Natural Resources Division

*Appellate Section*  *Telephone (202) 514-4081*
*P.O. Box 7415*  *Facsimile (202) 353-1873*
*Ben Franklin Station*
*Washington, DC 20044*

On October 6, BOEM published a revised notice of final sale explaining this litigation history, informing bidders of the revised terms and date of sale, and reserving the right to make further changes "to comply with court orders." 88 Fed. Reg. 69,669.

On October 26, after expedited merits briefing, this Court ordered the district court's entire order, as amended by the motions panel's September 25 order, stayed "pending the merits panel's decision on appeal," Docket 119-2, and calendared oral argument for November 13, Docket 120.

Upon consideration of the Court's recent action, BOEM has postponed Lease Sale 261 pending further order of the Court. *See* Attachment; *see also* https://www.boem.gov/oil-gas-energy/leasing/lease-sale-261.

Respectfully submitted,

/s Michelle Melton
Michelle Melton
Attorney for the United States

enclosure

HOME  |  NEWSROOM

# Oil and Gas Lease Sale 261 Postponed Pending Further Direction from the Fifth Circuit Court of Appeals

**11/02/2023   New Orleans, LA**

Contact(s)
John Filostrat
(504) 284-8605

As a result of the order issued by the United States Court of Appeals for the Fifth Circuit on October 26, 2023, in Louisiana v. Haaland (Case No. 23-30666), the Bureau of Ocean Energy Management (BOEM) is postponing Lease Sale 261, which was originally scheduled for September 27, 2023, and later scheduled for November 8, 2023, in response to judicial orders. Until the court rules, BOEM cannot be certain of which areas or stipulations may be included in the sale notice.

Potential bidders in Lease Sale 261 should not submit bids until BOEM provides additional instruction. BOEM will hold any bids already received and will hold the sale after it receives further direction from the Court of Appeals.

As information becomes available, it will be posted at: www.boem.gov/sale-261.

-- BOEM --

*The Department of the Interior's Bureau of Ocean Energy Management (BOEM) is responsible for America's offshore energy and mineral resources. The bureau promotes energy independence, environmental protection and economic development through responsible, science-based management of energy and mineral resources on the U.S. Outer Continental Shelf.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2023, I electronically filed the foregoing letter with the Clerk of Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

/s/ Michelle Melton
_____
Michelle Melton
Counsel for Defendants-Appellants

## CERTIFICATE OF COMPLIANCE

I hereby certify that this letter complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j) because it contains 323 words, according to the count of Microsoft Word.