# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2023

Ms. Kelly Brechtel Becker
Liskow & Lewis, A.P.L.C.
701 Poydras Street
Suite 5000
New Orleans, LA 70139

Mr. Andrew Marshall Bernie
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Ms. Sarah C. Bordelon
Holland & Hart, L.L.P.
5441 Kietzke Lane
2nd Floor
Reno, NV 89511

Mr. Paul D. Clement
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314

Mr. Christopher D. Eaton
Earthjustice
810 3rd Avenue
Suite 610
Seattle, WA 98104

Mr. Bradley Keith Ervin
Covington & Burling, L.L.P.
850 10th Street, N.W.
1 City Center
Washington, DC 20001-4956

Mr. James Aristide Holmes
Christovich & Kearney, L.L.P.
601 Poydras Street
Pan American Life Center
Suite 2300

New Orleans, LA 70130

Ms. Claire Elizabeth Juneau
Kean Miller, L.L.P.
909 Poydras Street
Suite 3600
New Orleans, LA 70112

Mr. Andrew Lawrence
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314

Mr. Sean Michael Marotta
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Michael James Mazzone
Haynes & Boone, L.L.P.
1221 McKinney Street
1 Houston Center
Suite 4000
Houston, TX 77010-2007

Ms. Michelle Melton
U.S. Department of Justice
Environment & Natural Resources Division-Appellate Section
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415

Mr. Mark Mosier
Covington & Burling, L.L.P.
850 10th Street, N.W.
1 City Center
Washington, DC 20001-4956

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Ms. Dana A. Raphael
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Suite 10.310
Washington, DC 20004

Mr. Jordan B. Redmon
Louisiana Department of Justice
Office of the Attorney General
909 Poydras Street
Suite 1850
New Orleans, LA 70112

Mr. Steven Joseph Rosenbaum
Covington & Burling, L.L.P.
850 10th Street, N.W.
1 City Center
Washington, DC 20001-4956

Mr. Joseph Scott St. John
Louisiana Department of Justice
Office of the Solicitor General
909 Poydras Street
Suite 1850
New Orleans, LA 70112

Ms. Catherine Emily Stetson
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. George Torgun
Earthjustice
50 California Street
Suite 500
San Francisco, CA 94111

Mr. James Xi
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314

  No. 23-30666  State of Louisiana v. Haaland
         USDC No. 2:23-CV-1157
         USDC No. 2:23-CV-1167

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc: