Clement & Murphy
PLLC

November 9, 2023

**Via CM/ECF**

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:    *Louisiana v. Haaland*, No. 23-30666

Dear Mr. Cayce:

Appellees submit this letter to inform the Court of a recent decision by the National Marine Fisheries Service (NMFS) that reinforces the unlawfulness of the actions taken by the Bureau of Ocean Energy Management (BOEM) here. On May 11, 2021, various environmental NGOs—including one Intervenor here—submitted a petition asking NMFS to impose a host of restrictions on all vessels transiting through the Rice's whale's core area in the northeastern Gulf of Mexico: "a year-round 10-knot vessel speed restriction"; "no vessel transits at night"; "vessels transiting through the zone must report their plans to NMFS, utilize visual observers, and maintain a separation distance of 500 m from Rice's whales"; "use and operate an Automatic Identification System, or notify NMFS of transits through the zone"; and "report deviations from these requirements to NMFS." 88 Fed Reg. 20,846, 20,847 (Apr. 7, 2023). According to the NGOs, such restrictions "are necessary for the conservation and recovery of Rice's whales." *Id.*

Between April 7 and July 6, 2023, NMFS invited comment on the petition, ultimately receiving over 75,000 comments. *See* Ex. A. On October 27, 2023, after reviewing those comments, NMFS denied the petition, disagreeing with the NGOs' theory that these restrictions are necessary. *Id.*

NMFS' decision underscores that BOEM's actions here are arbitrary and capricious and procedurally improper. Here, BOEM would impose comparable restrictions on oil-and-gas vessels (and those vessels alone) far *outside* the whale's core area, *see* ROA.2437-38—all after recently announcing that there is no proof that the whale exists in that area or that oil-and-gas activity has ever caused the whale any harm there, *see* Appellees Br. 35-43. And BOEM took that last-minute action *without* providing any prior notice or comment period, even though the agency had a legal obligation to do so. *See* Appellees Br. 24-35. Simply put, NMFS' action shows the value of notice-and-comment and the costs of omitting it here, as well as the lack of justification for singling out oil-and-gas vessels outside of the whale's core habitat for restrictions rejected in the heartland of that habitat.

Mr. Lyle W. Cayce
Clerk of Court
November 9, 2023
Page 2 of 2

Respectfully submitted,

/s/ Paul D. Clement
Paul D. Clement
Andrew Lawrence*
James Y. Xi*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
andrew.lawrence@clementmurphy.com
james.xi@clementrmurphy.com

*Supervised by principals of the firm
who are members of the Virginia Bar

*Counsel for Plaintiff American
Petroleum Institute*

/s/ Elizabeth B. Murrill
Jeff Landry
    *Attorney General of Louisiana*
Elizabeth B. Murrill
    *Solicitor General*
Joseph S. St. John
    *Deputy Solicitor General*
Jordan B. Redmon
    *Assistant Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
redmonj@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

/s/ Mark W. Mosier
Steven J. Rosenbaum
Mark W. Mosier
Bradley K. Ervin
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, D.C. 20001
(202) 662-6000
srosenbaum@cov.com

*Counsel for Plaintiff Shell Offshore Inc.*

/s/ Catherine E. Stetson
Catherine E. Stetson
Sean Marotta
Dana A. Raphael
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5491
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Sarah C. Bordelon
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

*Counsel for Plaintiff Chevron U.S.A. Inc.*

cc:     All counsel of record (*via CM/ECF*)

# EXHIBIT A



# NOAA Fisheries Denies Petition to Establish a Mandatory Speed Limit and Other Vessel-Related Mitigation Measures to Protect Endangered Rice's Whales in the Gulf of Mexico

*October 27, 2023*

FB23-079: Gulf of Mexico Fishery Bulletin; For more information, contact: Clay George, 912-766-0087, clay.george@noaa.gov

---

**Key Messages:**

- NOAA Fisheries denied a petition from several non-government organizations to establish a mandatory 10-knot speed limit and other vessel related mitigation measures to protect endangered Rice's whales in the Gulf of Mexico and will not proceed with rulemaking at this time.
- We have concluded that fundamental conservation tasks, including finalizing the critical habitat designation, drafting a species recovery plan, and conducting a quantitative vessel risk assessment, are all needed before we consider vessel regulations.
- NOAA Fisheries requested public comment on the petition from April 7 to July 6, 2023, and we received approximately 75,500 comments.
- With likely fewer than 100 individuals remaining, Rice's whales are protected under the Marine Mammal Protection Act (MMPA) and are listed as endangered under the Endangered Species Act (ESA).

---

# Frequently Asked Questions (FAQs)

## Why did NOAA Fisheries deny the petition and what's next?

- We are denying the petition because we are prioritizing other conservation actions for Rice's whales: finalizing critical habitat for the species, conducting additional vessel risk assessments, and developing a recovery plan for the species.
- Recovery planning will allow us to holistically consider and prioritize future actions. The process allows the agency to evaluate the species' needs, set goals for recovery, and outline the path and tasks required to restore and secure a self-sustaining wild population.
- Recovery plans are non-regulatory documents that describe, justify, and schedule the research and management actions necessary to support recovery of a species. Consequently, this process is critically important to determine the next steps towards recovery of the Rice's whale.
- We also agree with the commenters who stated that education and outreach should occur with fishermen, vessel operators, and other stakeholders to discuss voluntary protection measures, before considering regulatory measures.

## What does a denial of the petition mean?

- It means NOAA Fisheries is not proceeding with rulemaking to develop vessel speed restrictions or other vessel-related regulations for Rice's whales at this time.

## What actions has NOAA Fisheries completed to date to support Rice's whale recovery?

- NOAA Fisheries has completed a number of conservation and recovery actions, including listing the Rice's whale as endangered under the ESA, completing a recovery outline for the species, conducting a virtual recovery workshop, and publishing a proposed rule to designate critical habitat for the species under the ESA.
- NOAA Fisheries scientists and partners have conducted studies on Rice's whale biology, distribution, habitat use, and threats.

## What additional conservation and recovery actions is NOAA Fisheries undertaking?

- NOAA Fisheries is undertaking additional conservation and recovery actions, including finalizing the critical habitat designation for Rice's whales, developing a draft Rice's whale recovery plan, implementing Deepwater Horizon restoration projects, conducting

11/9/23, 1:21 PM   NOAA Fisheries Denies Petition to Establish a Mandatory Speed Limit and other Vessel-Related Measures to Protect E...

Case: 23-30666   Document: 138   Page: 6   Date Filed: 11/09/2023

additional vessel risk assessments, and developing conservation measures during the ESA section 7 consultation process with other Federal agencies.

**Where can I find more information on this petition?**

- More information about the petition may be found online at the NOAA Fisheries Southeast Regional Office web site at:  https://www.fisheries.noaa.gov/action/request-public-comments-petition-establish-vessel-speed-measures-protect-rices-whale
- Or, by contacting NOAA Fisheries, Southeast Regional Office

**By Mail:** Clay George

NOAA Fisheries, Southeast Regional Office

Protected Resources Division

263 13th Avenue South

St. Petersburg, Florida 33701-5505

**By FAX:** (727) 824-5308

**By Phone:** (912) 766-0087

---

## SIGN UP FOR TEXT MESSAGE ALERTS - FIND OUT ABOUT IMMEDIATE OPENINGS AND CLOSURES

NOAA's Text Message Alert Program allows you to receive important fishery related alerts via text message (SMS).  Standard message & data rates may apply. You may opt-out at any time.

Text alerts you may receive include:

- Immediate fishery openings and closures
- Any significant changes to fishing regulations that happen quickly

Sign up for one or more of the following groups:

- **Gulf of Mexico Recreational Fisheries Related Alerts**
    - Text GULFRECFISH to 888777
- **Gulf of Mexico Commercial Fisheries Related Alerts**
    - Text GULFCOMMFISH to 888777
- **South Atlantic Recreational Fisheries Related Alerts**

11/9/23, 1:21 PM    NOAA Fisheries Denies Petition to Establish a Mandatory Speed Limit and Other Vessel-Related Measures to Protect E…

Case: 23-30666    Document: 138    Page: 7    Date Filed: 11/09/2023

- Text SATLRECFISH to 888777
  - **South Atlantic Commercial Fisheries Related Alerts**
    - Text SATLCOMMFISH to 888777
  - **Caribbean Fisheries Related Alerts**
    - Text CARIBFISH to 888777

Quick Glance Contact List for the NOAA Fisheries Southeast Regional Office

**Permits Mailbox:** The Permits Office in St. Petersburg, FL now has a Permits mailbox in the front lobby (263 13th Ave. South, St. Petersburg, FL 33701). You can now drop off original permits for permit transfers.  Envelopes with information labels will be provided so that your documents can be attached to the correct application.  The mailbox will be checked daily.  For more information contact the Permits Office at 877-376-4877.

**Other contacts:**

Media Contact: Allison Garrett, 727-551-5750

Recreational Fishing Coordinator: Sean Meehan, 727-385-5202

*Last updated by Southeast Regional Office on April 27, 2023*