# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 14, 2023

Lyle W. Cayce
Clerk

No. 23-30666

_____

State of Louisiana; American Petroleum Institute; Chevron USA, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Deb Haaland, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land & Minerals Management*; Laura Daniel-Davis, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land & Minerals Management*; Elizabeth Klein, *in her official capacity as Director of Bureau of Ocean Energy Management*; James Kendall, *in his official capacity as Regional Director of Bureau of Ocean Energy Management Gulf of Mexico Office*; United States Department of Interior; Bureau of Ocean Energy Management, Regulation and Enforcement,

*Defendants—Appellants*,

Sierra Club; Center for Biological Diversity; Friends of the Earth; Turtle Island Restoration Network,

*Intervenors—Appellants*,

_____

Shell Offshore, Incorporated

*Plaintiff—Appellee*,

*versus*

UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION and ENFORCEMENT; DEB HAALAND, *in her official capacity as Secretary of the Interior*; LAURA DANIEL-DAVIS, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals Management*; ELIZABETH KLEIN, *in her official capacity as Director of the Bureau of Ocean Energy Management*; JAMES KENDALL, *in his official capacity as Director of the Gulf of Mexico Regional Office of the Burean of Ocean Energy Management*,

*Defendants—Appellants*,

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH; TURTLE ISLAND RESTORATION NETWORK,

*Intervenors—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:23-CV-1157
USDC No. 2:23-CV-1167

_____

Before CLEMENT, HAYNES, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the Intervenors' appeal is DISMISSED. As for BOEM's limited appeal as to the timing of the sale, we hereby AMEND the district court's preliminary injunction only to the

extent that the deadline for conducting Lease Sale 261 shall now be thirty-seven days from the date of the issuance of the mandate in this appeal.

    IT IS FURTHER ORDERED that each party bear its own costs on appeal.